PARKA CORPORATION, Appellant, *v.* MICHAEL F. DRINKHOUSE, Respondent.

Argued May 26, 1953; decided July 14, 1953.

*Sidney M. Wittner* for appellant.
*Richard H. Tunstead* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE and FULD, JJ. FROESSEL, J., dissents and votes to reverse on the dissenting opinion of COHN, J., in the Appellate Division. Taking no part: VAN VOORHIS, J.